## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**TREMAYNE WHITTLE**                                                                   **PETITIONER**

**v.**                                        **CIVIL ACTION NO. 1:23-cv-79-TBM-LGI**

**BRAND HUFFMAN**                                                          **RESPONDENT**

## **FINAL JUDGMENT**

This matter is before the Court on the submission of the Report and Recommendation [20] entered by United States Magistrate Judge LaKeysha Greer Isaac on January 25, 2024. The Court, having entered a separate order this same day, finds that this matter should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that this CASE is DISMISSED WITH PREJUDICE. This CASE is CLOSED.

THIS, the 13th day of March, 2024.

                                                      _____
                                                      TAYLOR B. McNEEL
                                                      UNITED STATES DISTRICT JUDGE